CONTRACTORS CARGO CO. *v.* UNITED
STATES ET AL.

No. 912.   Decided February 24, 1970

*William P. Sullivan* and *William P. Jackson, Jr.,* for
appellant.

*Solicitor General Griswold, Assistant Attorney General McLaren, Robert W. Ginnane,* and *Nahum Litt* for
the United States et al., and *Wyman C. Knapp* for
Dealers Transit, Inc., et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment
is affirmed.

TURNER ET AL. *v.* CLAY ET AL.

No. 982.   Decided February 24, 1970

*Harry M. Lightsey, Jr.,* for appellants.

*Huger Sinkler* for Clay et al., and *Daniel R. McLeod,*
Attorney General of South Carolina, and *C. Tolbert
Goolsby, Jr.,* Assistant Attorney General, for Thornton,
Secretary of State of South Carolina, appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal
is dismissed for want of a substantial federal question.